UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ABEL BELMONTE., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:19-CV-2656-G-BK |
| CITY OF DALLAS, TEXAS, ) | |
| ) | |
| Defendant. | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions, and a recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Defendant's motion to dismiss, docket entry 7, is **GRANTED**.

Plaintiff's section 1983 equal protection, Title VII pay disparity, breach of contract, FSLMRA, and Payday Act claims are **DISMISSED WITH PREJUDICE**. Plaintiff's federal and state race and national origin employment discrimination claims are **DISMISSED WITHOUT PREJUDICE**.

**Within 14 days of this Order**, Plaintiff may file an amended petition as to his state and federal employment discrimination claims only, if desired.  However, if Plaintiff fails to do so or the amended complaint does not cure the deficiencies outlined in the magistrate judge's report, Plaintiff's state and federal employment discrimination claims will be  **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

July 7, 2020.

*A. Joe Fish*
A. JOE FISH
Senior United States District Judge