UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ABEL BELMONTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| CITY OF DALLAS, TEXAS, | ) | 3:19-CV-2656-G (BK) |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation on Defendant's *Motion to Dismiss Plaintiff's Amended Petition and Brief in Support*. No objections were filed. The Court finds that the Findings and recommendations of the Magistrate Judge are correct.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED**.

May 10, 2021.

A. JOE FISH
Senior United States District Judge